# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARGUERITE FAVORITO,**

            **Plaintiff,**

**v.**                                                       **Case No:   6:17-cv-127-Orl-31KRS**

**CREDIT ONE BANK, NATIONAL ASSOCIATION,**

            **Defendant.**

_____

## ORDER

Upon consideration of the Joint Stipulation to Arbitration (Doc. 11) it is

**ORDERED** that:

    1.     This proceeding is hereby STAYED until further order of the Court.

    2.     This proceeding is hereby REFERRED to arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, and the terms of the Agreement to Arbitrate in the Cardholder Agreement.

    3.     The parties shall file a status report on June 30, 2017and every 90 days thereafter until the matter is concluded.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 3, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Party